# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIPP BROWN, | : | CIVIL ACTION |
| *Plaintiff*, | : | NO. 4:21-CV-00330-MWB |
| v. | : | |
| PETCO ANIMAL SUPPLIES STORE, INC., Store #1827, a/k/a PETCO ANIMAL SUPPLIES, INC., | : | ELECTRONICALLY FILED |
| *Defendant*. | : | |

## **DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Petco Animal Supplies, Stores, Inc., incorrectly identified as Petco Animal Supplies Store, Inc., Store #1827, a/k/a Petco Animal Supplies, Inc., certifies that it is a non-governmental corporate party; that it does not have a parent corporation; and that no publicly held corporation owns 10% or more of Defendant.

Respectfully submitted,

By:  /s/ *Lindsey E. Snavely*
Lindsey E. Snavely, Esquire
Attorney I.D. No. 308145 (PA)
lsnavely@pillaraught.com
Todd J. Shill, Esquire
Attorney I.D. No. 69225 (PA)
tshill@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111

(717) 308-9910

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021 a true and correct copy of the foregoing document was served electronically on the following:

James M. Horne, Esquire
McQUAIDE BLASKO, INC.
811 University Drive
State College, PA 16801
jmhorne@mqblaw.com
*Attorneys for Plaintiff*

I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system, and that parties may access this filing through the Court's system.

/s/ *Lindsey E. Snavely*