IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIPP BROWN, | No. 4:21-CV-00330 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PETCO ANIMAL SUPPLIES STORE, INC., Store # 1827, a/k/a PETCO ANIMAL SUPPLIES, INC., | |
| Defendant. | |

## ORDER

### MARCH 6, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Petco Animal Supplies Store, Inc.'s Motion for Summary Judgment (Doc. 26) is **GRANTED**.

2. Final judgment is entered in favor of Petco Animal Supplies Store, Inc. and against Plaintiff Shipp Brown.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge